MHW

United States District Court
Northern District of Illinois

Fillyaw, William S.
Plaintiff

v.

Lake County Major Crime Task Force
Unknown Defendant name
North Chicago Police Department
Waukegan Police Department
Defendants

RECEIVED
7-7-2008
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv3862
JUDGE KOCORAS
MAGISTRATE JUDGE DENLOW

## Complaint

1) On July 3, 07, I, William Fillyaw was shot in the hip by an officer on the Lake County Major Crime Task Force. I was rammed by this officer in his vehicle while sitting in a rental car (rented by Crystal Brown). I was then fired on four times by the same officer and struck through my hip. The one bullet that injured me penetrated the driver side door then went through my body, right hip to left and rested inside me there.

2) I believe this (unknown) officer and or his office of command are responsible for the damages and (p1/5 injuries I sustained due to his use of (cont.)

excessive force. This same officer elected deadly force by ramming the vehicle I occupied as well as firing on me without provocation. Again, the officer in question never identified himself as a lawman. His vehicle, an S.U.V (Ford Expedition) was not marked. I was shot while sitting in the driver side with the door closed. I was in addition, not given the chance to surrender prior to the initiation of the ramming with his truck. The vehicle I occupied was struck by each of the four bullets on the driver side in the front and rear driver side doors. Not in any way in the front of the vehicle to indicate any danger pose to the officer by my vehicle which was not in motion at all when hit. I also was not notified that I was under arrest at time or prior to the time I was rammed or shot. I believe the officer acted outside of normal or proper conduct/protocol in his decisions during any arrest.

3)     As a result of the vehicular collision and the gunshot wound, I had to undergo and Exploratory surgery in my lower abdomen on July 3, 07, then subsequently had to (p. 2/5)

return to an additional surgeon to have this bullet removed from my leg three months later due to nerve damaged it caused from my hip down completly to my right foot. This severe pain and damage to both of my legs cause me to suffer sleep loss, as well as a weight loss due to no appetite and extreme twenty-four hour painful nerve spikes that felt like a electric voltage through out my lower body, from my lower abdomen to my feet.

4) I believe the officer (name unknown) is responsible for the damage to the rental vehicle I occupied (rented by Crystal Brown) by him ramming it, as well as firing into it four times. This action on his behalf caused Hertz Rental, of Ohare/Chicago, to file it as a total loss in excess of thirteen thousand dollars. This amout was filed against Crystal Brown with the credit bureau. As a result of my Exploratory surgery (through Vista Medical Center, Whgn., Il), I was charged and left with medical bills in excess of fifty thousand dollars. (cont.) (p 3/5)

5)
(July 3, 07)
During the time of this encounter, and up until this date July 1, 08, no charges have been filed against me in relation to any resisting arrest, fleeing or attempting to flee, no endangering or assaulting this or any other peace officer at all related to this incident. I do not have this shooting officers name as of yet due to no reports related to this arrest ever being tendered to me. This is the reason I have filed him as "unknown" defendant.

6)
I believe in addition to the five paragraphs above mentioned, The U.S. District Court has jurisdiction over this case in a two-pronged manner. (1.) This officer and his commanding agencie Lake County Major Crime Task Force are an instrument of the U.S. Executive Branch ultimatley. 2) Secondly there exists Constitutional rights and federal laws and or protections that may warrant remedies.

7)
In conclusion, I, William Fillyaw, respectfully request that the court find the defendants liable and responsible for financial as well as

(cont.) (p. 4/5)

physical damage sustained by myself on their behalf and on the behalf of conduct containing excessive and or unlawful use of deadly force without provocation. I ask the court to rule that a judgement be entered on behalf of the plantiff to pay the medical costs of close to fifty thousand dollars so far that is attached to my credit. Also that the defendant be held responsible for the thirteen thousand dollars of damage done to the vehicle I occupied resulting in its total loss and assignment to the credit bureau on behalf of Crystal Brown (it's owner). I ask that judgement be entered against the defendant in the estimated amount of four million, seven hundred thousand dollars in the light of pain and suffering in this incident. I still suffer daily in addition to the financial hardship incurred by enormous medical and automotive fees (p 5/5) that are unreachable.

(7-7-08)

with respect, William Fillyaw

William Fillyaw
Po Box #38
Waukegan, Il.
60079