**PRISONER CASE**

Case 1:08-cv-03862   Document 2   Filed 07/07/2008   Page 1 of 1

**FILED**
7-7-2008
JUL X 7 2008

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** WILLIAM S. FILLYAW | **Defendant(s):** LAKE COUNTY MAJOR CRIME TASK FORCE, et al. |
| **County of Residence:** LAKE | **County of Residence:** |
| **Plaintiff's Address:**<br>William S. Fillyaw<br>Lake - LCJ<br>P.O. Box 38<br>Waukegan, IL 60086 | **Defendant's Attorney:**<br><br>08cv3862<br>**JUDGE KOCORAS**<br>**MAGISTRATE JUDGE DENLOW** |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A.E. Woodland   **Date:** 07/07/2008