08cv3862
JUDGE KOCORAS
MAGISTRATE JUDGE DENLOW

M HW

**FILED**

JUL 7 2008 aew
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: William Fillyaw (Pro Se)
(Please print)

STREET ADDRESS: Po box #38 Wkgn., Il. 60079

CITY/STATE/ZIP: Waukegan  Il.  60079

PHONE NUMBER: n/a

CASE NUMBER: non assigned yet

_____ (Fillyaw) (Pro Se)      7-1-08
Signature                                        Date