MHU

Jdy 1, 08                          US District Cart
William Fillyau    00079        Northern District of Il.
Po Box 38  Whgn. Il            Eastern Di

**FILED**

Note to Clerk

JUL 7 2008
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I am not equipped with a copy machine
at this facility. Please forgive my effort
to hand write copies. In addition, I
do not have proper summons to provide
as well. I only pray to get my claim
on docket in time to meet the 12 month
dead line and then correct and or provide
for any mistakes or oversights as the
case moves forward.     (no stapler either)

08cv3862
**JUDGE KOCORAS**
**MAGISTRATE JUDGE DENLOW**

With respect          7-1-08

William Fillyau
Po Box 38
Whgn. Il  60079