08cv3862
JUDGE KOCORAS
INMATE TRUST FUND ACCOUNT

# Cash History Report
## 101 - Inmate Account

L73998: FILLYAW, WILLIAM S. Balance=$29.13

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Deposit | $25.00 | 10/5/2006 2:22:47PM | MO 0118 SW | $25.00 |
| Deposit | $0.26 | 10/9/2006 5:17:42PM | CLEARED CIMIS | $25.26 |
| Withdrawal | $16.00 | 10/9/2006 6:12:22PM | HAIR CUT (SHAVE) | $9.26 |
| Withdrawal | $2.90 | 10/11/2006 5:55:35AM | Commissary Sale | $6.36 |
| Withdrawal | $1.50 | 10/11/2006 5:55:35AM | Commissary Sale | $4.86 |
| Withdrawal | $4.20 | 10/11/2006 5:55:35AM | Commissary Sale | $0.66 |
| Deposit | $20.00 | 10/13/2006 10:30:09PM | MO3076 JA | $20.66 |
| Withdrawal | $0.75 | 10/17/2006 9:53:16AM | Commissary Sale | $19.91 |
| Withdrawal | $0.75 | 10/17/2006 9:53:16AM | Commissary Sale | $19.16 |
| Withdrawal | $1.80 | 10/17/2006 9:53:16AM | Commissary Sale | $17.36 |
| Withdrawal | $1.50 | 10/17/2006 9:53:16AM | Commissary Sale | $15.86 |
| Withdrawal | $1.50 | 10/17/2006 9:53:16AM | Commissary Sale | $14.36 |
| Withdrawal | $1.50 | 10/17/2006 9:53:17AM | Commissary Sale | $12.86 |
| Withdrawal | $2.00 | 10/17/2006 9:53:17AM | Commissary Sale | $10.86 |
| Withdrawal | $1.80 | 10/17/2006 9:53:17AM | Commissary Sale | $9.06 |
| Withdrawal | $1.15 | 10/17/2006 9:53:17AM | Commissary Sale | $7.91 |
| Withdrawal | $4.90 | 10/17/2006 9:53:18AM | Commissary Sale | $3.01 |
| Withdrawal | $1.00 | 10/17/2006 9:53:18AM | Commissary Sale | $2.01 |
| Withdrawal | $0.28 | 10/20/2006 1:27:15PM | Commissary Sale | $1.73 |
| Withdrawal | $1.17 | 10/20/2006 1:27:15PM | Commissary Sale | $0.56 |
| Withdrawal | $0.47 | 10/24/2006 8:16:03AM | Commissary Sale | $0.09 |
| Deposit | $27.00 | 10/25/2006 1:33:20PM | MO3020 | $27.09 |
| Withdrawal | $0.39 | 10/27/2006 9:00:19AM | Commissary Sale | $26.70 |
| Withdrawal | $0.47 | 10/27/2006 9:00:19AM | Commissary Sale | $26.23 |
| Withdrawal | $4.90 | 10/27/2006 9:00:20AM | Commissary Sale | $21.33 |
| Withdrawal | $4.50 | 10/27/2006 9:00:20AM | Commissary Sale | $16.83 |
| Withdrawal | $3.60 | 10/27/2006 9:00:20AM | Commissary Sale | $13.23 |

FILED
JUL 29 2008
Jul 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Withdrawal | $3.40 | 10/27/2006 9:00:20AM | Commissary Sale | $ 9.83 |
| Withdrawal | $0.28 | 10/27/2006 9:00:20AM | Commissary Sale | $ 9.55 |
| Withdrawal | $8.00 | 10/30/2006 9:59:41PM | BARBER-CHECK 75178 | $ 1.55 |
| Deposit | $20.00 | 11/9/2006 2:06:48PM | MO 7343 | $ 21.55 |
| Withdrawal | $0.94 | 11/10/2006 8:38:25AM | Commissary Sale | $ 20.61 |
| Withdrawal | $1.80 | 11/10/2006 8:38:25AM | Commissary Sale | $ 18.81 |
| Withdrawal | $1.00 | 11/10/2006 8:38:25AM | Commissary Sale | $ 17.81 |
| Withdrawal | $1.50 | 11/10/2006 8:38:25AM | Commissary Sale | $ 16.31 |
| Withdrawal | $1.40 | 11/10/2006 8:38:26AM | Commissary Sale | $ 14.91 |
| Withdrawal | $2.00 | 11/10/2006 8:38:26AM | Commissary Sale | $ 12.91 |
| Withdrawal | $2.00 | 11/10/2006 8:38:26AM | Commissary Sale | $ 10.91 |
| Withdrawal | $4.20 | 11/10/2006 8:38:26AM | Commissary Sale | $ 6.71 |
| Withdrawal | $0.80 | 11/10/2006 8:38:26AM | Commissary Sale | $ 5.91 |
| Withdrawal | $0.60 | 11/10/2006 8:38:27AM | Commissary Sale | $ 5.31 |
| Withdrawal | $2.60 | 11/10/2006 8:38:27AM | Commissary Sale | $ 2.71 |
| Withdrawal | $0.90 | 11/10/2006 2:04:53PM | Commissary Sale | $ 1.81 |
| Deposit | $50.00 | 11/10/2006 9:31:24PM | MO1432 JS | $ 51.81 |
| Withdrawal | $1.88 | 11/14/2006 7:32:18AM | Commissary Sale | $ 49.93 |
| Withdrawal | $0.70 | 11/14/2006 7:32:19AM | Commissary Sale | $ 49.23 |
| Withdrawal | $2.00 | 11/14/2006 7:32:19AM | Commissary Sale | $ 47.23 |
| Withdrawal | $2.00 | 11/14/2006 7:32:19AM | Commissary Sale | $ 45.23 |
| Withdrawal | $3.50 | 11/14/2006 7:32:19AM | Commissary Sale | $ 41.73 |
| Withdrawal | $3.75 | 11/14/2006 7:32:19AM | Commissary Sale | $ 37.98 |
| Withdrawal | $2.40 | 11/14/2006 7:32:20AM | Commissary Sale | $ 35.58 |
| Withdrawal | $2.60 | 11/14/2006 7:32:20AM | Commissary Sale | $ 32.98 |
| Withdrawal | $3.00 | 11/14/2006 7:32:20AM | Commissary Sale | $ 29.98 |
| Withdrawal | $2.80 | 11/17/2006 10:56:47AM | Commissary Sale | $ 27.18 |
| Withdrawal | $1.20 | 11/17/2006 10:56:47AM | Commissary Sale | $ 25.98 |
| Withdrawal | $1.70 | 11/17/2006 10:56:48AM | Commissary Sale | $ 24.28 |
| Withdrawal | $2.10 | 11/17/2006 10:56:48AM | Commissary Sale | $ 22.18 |
| Withdrawal | $1.60 | 11/17/2006 10:56:48AM | Commissary Sale | $ 20.58 |
| Withdrawal | $3.20 | 11/17/2006 10:56:48AM | Commissary Sale | $ 17.38 |
| Withdrawal | $0.60 | 11/17/2006 10:56:49AM | Commissary Sale | $ 16.78 |
| Withdrawal | $1.30 | 11/17/2006 10:56:49AM | Commissary Sale | $ 15.48 |

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Withdrawal | $1.70 | 11/17/2006 10:56:49AM | Commissary Sale | $13.78 |
| Withdrawal | $2.90 | 11/17/2006 10:56:49AM | Commissary Sale | $10.88 |
| Deposit | $20.00 | 11/17/2006 9:29:05PM | MO2356 JA | $30.88 |
| Deposit | $50.00 | 11/20/2006 2:01:25PM | MO 4313 | $80.88 |
| Withdrawal | $0.94 | 11/21/2006 1:59:44PM | Commissary Sale | $79.94 |
| Withdrawal | $1.50 | 11/21/2006 1:59:44PM | Commissary Sale | $78.44 |
| Withdrawal | $2.40 | 11/21/2006 1:59:44PM | Commissary Sale | $76.04 |
| Withdrawal | $0.35 | 11/21/2006 1:59:44PM | Commissary Sale | $75.69 |
| Withdrawal | $1.70 | 11/21/2006 1:59:44PM | Commissary Sale | $73.99 |
| Withdrawal | $4.90 | 11/21/2006 1:59:45PM | Commissary Sale | $69.09 |
| Withdrawal | $1.60 | 11/21/2006 1:59:45PM | Commissary Sale | $67.49 |
| Withdrawal | $1.50 | 11/21/2006 1:59:45PM | Commissary Sale | $65.99 |
| Withdrawal | $0.65 | 11/21/2006 1:59:45PM | Commissary Sale | $65.34 |
| Withdrawal | $1.00 | 11/21/2006 1:59:45PM | Commissary Sale | $64.34 |
| Withdrawal | $0.85 | 11/21/2006 1:59:46PM | Commissary Sale | $63.49 |
| Withdrawal | $9.75 | 11/28/2006 7:24:12AM | Commissary Sale | $53.74 |
| Withdrawal | $14.69 | 12/5/2006 8:43:51AM | Commissary Sale | $39.05 |
| Withdrawal | $13.65 | 12/8/2006 7:48:59AM | Commissary Sale | $25.40 |
| Withdrawal | $9.10 | 12/12/2006 7:46:24AM | Commissary Sale | $16.30 |
| Withdrawal | ($1.10) | 12/12/2006 2:29:42PM | Commissary Return | $17.40 |
| Withdrawal | $17.40 | 12/14/2006 11:09:32PM | CK75665 RELEASE | $0.00 |
| Deposit | $0.00 | 7/12/2007 2:02:18AM | NO CASH | $0.00 |
| Deposit | $100.00 | 7/14/2007 5:27:34PM | 02- MO5843 | $100.00 |
| Withdrawal | $41.66 | 7/17/2007 7:01:16AM | Commissary Sale | $58.34 |
| Deposit | $50.00 | 7/17/2007 8:46:13AM | MO 4806 PUT ON WRONG ACCT | $108.34 |
| Deposit | $50.00 | 7/17/2007 8:08:54PM | 02 MO 7175 | $158.34 |
| Deposit | $100.00 | 7/19/2007 1:55:38PM | 02 MO7157 | $258.34 |
| Withdrawal | $2.70 | 7/20/2007 7:34:24AM | Commissary Sale | $255.64 |
| Deposit | $50.00 | 7/23/2007 1:55:46PM | 02 MO2030 | $305.64 |
| Withdrawal | $22.75 | 7/24/2007 7:11:19AM | Commissary Sale | $282.89 |
| Withdrawal | $8.00 | 7/24/2007 12:28:51PM | Commissary Sale | $274.89 |
| Withdrawal | $4.93 | 7/26/2007 9:51:26AM | Commissary Sale | $269.96 |
| Deposit | $10.00 | 7/26/2007 1:55:27PM | 02 MO 3058 | $279.96 |
| Withdrawal | $10.00 | 7/30/2007 2:01:41PM | Doctor Visit from NURSE VISIT | $269.96 |

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Withdrawal | $16.77 | 8/3/2007 | 9:26:35AM | Commissary Sale | $253.19 |
| Deposit | $20.00 | 8/6/2007 | 1:26:24PM | 02 MO7693 | $273.19 |
| Withdrawal | $6.10 | 8/7/2007 | 7:35:07AM | Commissary Sale | $267.09 |
| Withdrawal | $14.01 | 8/10/2007 | 8:08:33AM | Commissary Sale | $253.08 |
| Withdrawal | $10.00 | 8/15/2007 | 10:45:21AM | Doctor Visit from DOCTOR VISIT | $243.08 |
| Deposit | $100.00 | 8/15/2007 | 7:24:42PM | 02 MO1907 | $343.08 |
| Withdrawal | $27.15 | 8/17/2007 | 8:31:01AM | Commissary Sale | $315.93 |
| Withdrawal | $15.11 | 8/21/2007 | 7:39:42AM | Commissary Sale | $300.82 |
| Withdrawal | $7.91 | 8/28/2007 | 7:43:29AM | Commissary Sale | $292.91 |
| Withdrawal | $11.85 | 8/28/2007 | 11:27:58AM | Commissary Sale | $281.06 |
| Withdrawal | $21.99 | 8/31/2007 | 7:56:37AM | Commissary Sale | $259.07 |
| Withdrawal | $28.40 | 9/11/2007 | 7:40:05AM | Commissary Sale | $230.67 |
| Deposit | $50.00 | 9/12/2007 | 5:18:01PM | 02 MO 9979 | $280.67 |
| Withdrawal | $22.33 | 9/14/2007 | 8:19:44AM | Commissary Sale | $258.34 |
| Withdrawal | $1.50 | 9/14/2007 | 1:33:55PM | Commissary Sale | $256.84 |
| Withdrawal | $16.95 | 9/21/2007 | 7:50:46AM | Commissary Sale | $239.89 |
| Withdrawal | $37.34 | 9/25/2007 | 8:05:58AM | Commissary Sale | $202.55 |
| Withdrawal | $1.80 | 9/25/2007 | 8:12:35AM | Commissary Sale | $200.75 |
| Deposit | $50.00 | 9/30/2007 | 12:21:01PM | 02 MO 3564 | $250.75 |
| Deposit | $40.00 | 10/1/2007 | 2:25:36PM | 02 MO 9232 | $290.75 |
| Deposit | $50.00 | 10/1/2007 | 6:31:47PM | 02 MO 9573 | $340.75 |
| Withdrawal | $27.69 | 10/2/2007 | 7:55:55AM | Commissary Sale | $313.06 |
| Withdrawal | $2.40 | 10/2/2007 | 8:02:35AM | Commissary Sale | $310.66 |
| Withdrawal | $11.52 | 10/5/2007 | 7:58:04AM | Commissary Sale | $299.14 |
| Withdrawal | $2.82 | 10/12/2007 | 1:40:28PM | Commissary Sale | $283.24 |
| Withdrawal | $13.08 | 10/12/2007 | 7:20:41AM | Commissary Sale | $286.06 |
| Deposit | $40.00 | 10/14/2007 | 3:54:36PM | 02 MO0015 | $323.24 |
| Withdrawal | $46.66 | 10/19/2007 | 7:26:43AM | Commissary Sale | $276.58 |
| Withdrawal | $6.00 | 10/19/2007 | 7:32:04AM | Commissary Sale | $270.58 |
| Withdrawal | $25.11 | 10/23/2007 | 7:47:57AM | Commissary Sale | $245.47 |
| Withdrawal | $3.00 | 10/23/2007 | 7:55:23AM | Commissary Sale | $242.47 |
| Withdrawal | $28.81 | 10/23/2007 | 11:06:11AM | Commissary Sale | $213.66 |
| Withdrawal | ($25.11) | 10/23/2007 | 2:42:37PM | Commissary Return | $238.77 |
| Withdrawal | ($3.00) | 10/23/2007 | 2:42:48PM | Commissary Return | $241.77 |

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Withdrawal | $15.99 | 10/26/2007 8:08:12AM | Commissary Sale | $225.78 |
| Deposit | $35.00 | 10/28/2007 12:11:23PM | 02 MO 9832 | $260.78 |
| Withdrawal | $13.25 | 10/30/2007 8:11:32AM | Commissary Sale | $247.53 |
| Withdrawal | $16.26 | 11/2/2007 8:11:16AM | Commissary Sale | $231.27 |
| Withdrawal | $17.74 | 11/6/2007 8:19:20AM | Commissary Sale | $213.53 |
| Deposit | $30.00 | 11/6/2007 1:43:06PM | 02 MO 6450 | $243.53 |
| Withdrawal | $9.00 | 11/7/2007 8:13:36AM | Commissary Sale | $234.53 |
| Withdrawal | $14.92 | 11/9/2007 8:07:15AM | Commissary Sale | $219.61 |
| Withdrawal | $18.98 | 11/13/2007 7:36:00AM | Commissary Sale | $200.63 |
| Withdrawal | ($18.00) | 11/13/2007 11:31:16AM | Commissary Return | $218.63 |
| Deposit | $120.00 | 11/13/2007 1:50:26PM | 02 MO 3896 | $338.63 |
| Withdrawal | $31.19 | 11/16/2007 7:14:51AM | Commissary Sale | $307.44 |
| Deposit | $100.00 | 11/17/2007 12:43:36PM | 02 MO 7564 | $407.44 |
| Withdrawal | $1.50 | 11/20/2007 7:30:23AM | Commissary Sale | $405.94 |
| Deposit | $15.00 | 11/21/2007 3:19:04PM | 02MO8743 | $420.94 |
| Withdrawal | $13.80 | 11/23/2007 9:11:08AM | Commissary Sale | $407.14 |
| Withdrawal | $22.82 | 11/30/2007 8:13:33AM | Commissary Sale | $384.32 |
| Withdrawal | $18.87 | 12/4/2007 8:13:00AM | Commissary Sale | $365.45 |
| Withdrawal | $2.43 | 12/4/2007 2:54:08PM | Commissary Sale | $363.02 |
| Withdrawal | $16.45 | 12/7/2007 7:32:26AM | Commissary Sale | $346.57 |
| Withdrawal | $15.08 | 12/11/2007 8:44:02AM | Commissary Sale | $331.49 |
| Withdrawal | $4.00 | 12/11/2007 11:56:19AM | Commissary Sale | $327.49 |
| Withdrawal | $12.04 | 12/14/2007 7:43:40AM | Commissary Sale | $315.45 |
| Withdrawal | $34.56 | 12/18/2007 7:56:51AM | Commissary Sale | $280.89 |
| Withdrawal | $6.00 | 12/21/2007 7:44:08AM | Commissary Sale | $274.89 |
| Withdrawal | $12.11 | 12/26/2007 8:00:53AM | Commissary Sale | $262.78 |
| Withdrawal | $35.70 | 12/28/2007 6:30:04AM | Commissary Sale | $227.08 |
| Withdrawal | $20.93 | 1/2/2008 6:55:04AM | Commissary Sale | $206.15 |
| Withdrawal | $11.20 | 1/8/2008 7:54:46AM | Commissary Sale | $194.95 |
| Withdrawal | $32.64 | 1/15/2008 7:36:30AM | Commissary Sale | $162.31 |
| Withdrawal | $7.66 | 1/15/2008 12:30:36PM | Commissary Sale | $154.65 |
| Deposit | $50.00 | 1/17/2008 7:37:16PM | 02 MO6450 | $204.65 |
| Withdrawal | $19.57 | 1/22/2008 7:44:56AM | Commissary Sale | $185.08 |
| Withdrawal | $24.42 | 1/29/2008 6:50:03AM | Commissary Sale | $160.66 |

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Withdrawal | $37.13 | 2/1/2008 7:06:09AM | Commissary Sale | $123.53 |
| Withdrawal | $23.54 | 2/8/2008 7:03:33AM | Commissary Sale | $99.99 |
| Withdrawal | $9.52 | 2/12/2008 7:18:03AM | Commissary Sale | $90.47 |
| Withdrawal | $22.39 | 2/15/2008 7:08:11AM | Commissary Sale | $68.08 |
| Withdrawal | $11.80 | 2/15/2008 11:16:24AM | Commissary Sale | $56.28 |
| Deposit | $50.00 | 2/19/2008 1:07:41AM | 02 MO 4198 | $106.28 |
| Withdrawal | $17.77 | 2/19/2008 7:22:48AM | Commissary Sale | $88.51 |
| Withdrawal | $21.82 | 2/22/2008 8:01:46AM | Commissary Sale | $66.69 |
| Withdrawal | $5.60 | 2/22/2008 8:02:14AM | Commissary Sale | $61.09 |
| Deposit | $20.00 | 2/22/2008 4:31:58PM | 02- MO0496 | $81.09 |
| Withdrawal | $16.96 | 2/27/2008 10:00:31AM | Commissary Sale | $64.13 |
| Deposit | $50.00 | 2/27/2008 4:59:43PM | 02 MO 8252 | $114.13 |
| Withdrawal | $40.53 | 2/29/2008 8:11:27AM | Commissary Sale | $73.60 |
| Deposit | $100.00 | 2/29/2008 6:18:34PM | 02- MO5997 | $173.60 |
| Withdrawal | $43.37 | 3/14/2008 8:44:38AM | Commissary Sale | $126.31 |
| Withdrawal | $23.20 | 3/4/2008 8:46:20AM | Commissary Sale | $150.40 |
| Withdrawal | $30.72 | 3/11/2008 8:23:41AM | Commissary Sale | $119.68 |
| Deposit | $50.00 | 3/12/2008 8:55:57PM | 02- MO8352 | $169.68 |
| Withdrawal | ($1.50) | 3/18/2008 12:15:05PM | Commissary Return | $104.75 |
| Withdrawal | $23.06 | 3/18/2008 8:22:35AM | Commissary Sale | $103.25 |
| Withdrawal | $1.50 | 3/18/2008 12:15:13PM | Commissary Sale | $103.25 |
| Withdrawal | $38.43 | 3/25/2008 8:21:06AM | Commissary Sale | $64.82 |
| Withdrawal | ($9.00) | 3/26/2008 11:19:58AM | Commissary Return | $73.82 |
| Withdrawal | $9.27 | 3/28/2008 7:17:42AM | Commissary Sale | $64.55 |
| Withdrawal | $26.23 | 4/1/2008 8:45:09AM | Commissary Sale | $38.32 |
| Deposit | $100.00 | 4/4/2008 8:57:36PM | 02 MO 3994 | $138.32 |
| Withdrawal | $50.34 | 4/8/2008 8:48:29AM | Commissary Sale | $87.98 |
| Withdrawal | $9.91 | 4/11/2008 7:48:12AM | Commissary Sale | $78.07 |
| Withdrawal | $30.25 | 4/15/2008 8:07:30AM | Commissary Sale | $47.82 |
| Withdrawal | $24.15 | 4/18/2008 7:17:25AM | Commissary Sale | $23.67 |
| Deposit | $40.00 | 4/19/2008 12:27:42PM | 02 MO 8806 | $63.67 |
| Withdrawal | $29.28 | 4/22/2008 8:16:36AM | Commissary Sale | $34.39 |
| Withdrawal | $15.67 | 4/25/2008 7:39:20AM | Commissary Sale | $18.72 |
| Withdrawal | $13.75 | 4/29/2008 8:01:45AM | Commissary Sale | $4.97 |

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Withdrawal | $3.25 | 5/2/2008 8:06:48AM | Commissary Sale | $ 1.72 |
| Deposit | $65.00 | 5/3/2008 8:41:09PM | 02 MO5283 | $ 66.72 |
| Withdrawal | $23.61 | 5/6/2008 8:36:44AM | Commissary Sale | $ 43.11 |
| Withdrawal | $4.05 | 5/6/2008 1:28:52PM | Commissary Sale | $ 39.06 |
| Deposit | $100.00 | 5/7/2008 5:22:07PM | 02 MO6916 | $ 139.06 |
| Withdrawal | $13.35 | 5/9/2008 8:24:17AM | Commissary Sale | $ 125.71 |
| Withdrawal | $25.00 | 5/13/2008 7:50:50AM | Commissary Sale | $ 100.71 |
| Withdrawal | $20.80 | 5/16/2008 7:23:24AM | Commissary Sale | $ 79.91 |
| Withdrawal | $13.86 | 5/20/2008 7:50:34AM | Commissary Sale | $ 66.05 |
| Withdrawal | $4.67 | 5/23/2008 8:09:27AM | Commissary Sale | $ 61.38 |
| Withdrawal | $18.72 | 5/27/2008 8:45:26AM | Commissary Sale | $ 42.66 |
| Withdrawal | $25.00 | 5/29/2008 12:24:35PM | 02 MO 1232 | $ 67.66 |
| Deposit | $23.48 | 5/30/2008 8:01:25AM | Commissary Sale | $ 44.18 |
| Withdrawal | $5.00 | 5/30/2008 8:00:03PM | 02 MO 1538 | $ 49.18 |
| Deposit | $25.61 | 6/3/2008 8:15:08AM | Commissary Sale | $ 23.57 |
| Withdrawal | $14.31 | 6/6/2008 8:32:34AM | Commissary Sale | $ 9.26 |
| Withdrawal | $3.41 | 6/6/2008 8:42:15AM | Commissary Sale | $ 5.85 |
| Withdrawal | $100.00 | 6/6/2008 6:45:05PM | 02 MO 0472 | $ 105.85 |
| Deposit | $28.47 | 6/10/2008 7:16:23AM | Commissary Sale | $ 77.38 |
| Withdrawal | $23.87 | 6/13/2008 8:07:14AM | Commissary Sale | $ 53.51 |
| Withdrawal | $9.00 | 6/13/2008 8:14:46AM | Commissary Sale | $ 44.51 |
| Withdrawal | $2.90 | 6/13/2008 11:08:01AM | Commissary Sale | $ 41.61 |
| Withdrawal | $21.71 | 6/17/2008 7:52:24AM | Commissary Sale | $ 19.90 |
| Withdrawal | $14.32 | 6/20/2008 7:08:43AM | Commissary Sale | $ 5.58 |
| Withdrawal | $100.00 | 6/23/2008 6:47:54PM | 02 MO2175 | $ 105.58 |
| Deposit | $26.02 | 6/24/2008 7:44:58AM | Commissary Sale | $ 79.56 |
| Withdrawal | $1.80 | 6/24/2008 9:26:32AM | Commissary Sale | $ 77.76 |
| Withdrawal | $1.96 | 7/1/2008 8:39:10AM | Commissary Sale | $ 75.80 |
| Withdrawal | $1.25 | 7/1/2008 8:40:11AM | Commissary Sale | $ 74.55 |
| Withdrawal | $31.47 | 7/1/2008 8:41:06AM | Commissary Sale | $ 43.08 |
| Withdrawal | ($1.50) | 7/1/2008 1:23:10PM | Commissary Return | $ 44.58 |
| Withdrawal | $11.19 | 7/3/2008 9:07:35AM | Commissary Sale | $ 33.39 |
| Withdrawal | $27.91 | 7/8/2008 7:16:16AM | Commissary Sale | $ 5.48 |
| Withdrawal | $1.80 | 7/8/2008 7:27:19AM | Commissary Sale | $ 3.68 |

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Deposit | $20.00 | 7/9/2008 12:54:25PM | 02 MO9099 | $ 23.68 |
| Withdrawal | $23.31 | 7/11/2008 7:37:56AM | Commissary Sale | $ 0.37 |
| Deposit | $50.00 | 7/12/2008 7:06:45PM | 02 MO 4451 | $ 50.37 |
| Withdrawal | $21.24 | 7/15/2008 8:06:04AM | Commissary Sale | $ 29.13 |