# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM FILLYAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 C 3862 |
| ) | |
| BRIAN C. CARDER, CITY OF NORTH ) | Judge Kocoras |
| CHICAGO, et. al., ) | |
| ) | |
| Defendants. ) | |

## STIPLUATION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice and without costs.

*/s/ Joseph Vito (with consent)*           */s/ Julie Koerner*
_____           _____
Joseph Vito                                         Julie M. Koerner
Attorney for Plaintiff                           Attorney for Defendants
932 Pear Lane                                   O'Halloran Kosoff Geitner & Cook
Wheeling, IL 60090                           650 Dundee Road, Suite 475
Jvito.1979@gmail.com                       Northbrook, IL 60062
                                                            jkoerner@okgc.com

# CERTIFICATE OF SERVICE

    I hereby certify that on May 25, 2010, I electronically filed the attached **Stipulation to Dismiss** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

> Joseph V. Vito
> 932 Pear Lane
> Wheeling, IL 60090
> **jvito.1979@gmail.com**

               By:    s/Julie M. Koerner
                        Julie M. Koerner #6204852
                        O'Halloran Kosoff Geitner & Cook, LLC
                        650 Dundee Road, Suite 475
                        Northbrook, Illinois 60062
                        Telephone: (847) 291-0200
                        Fax: (847) 291-0201
                        **e-mail:** jkoerner@okgc.com