# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| William Fillyaw <br> *Plaintiff* <br> v. <br> Brian C. Carder et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 08 C 3862 <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This cause is hereby dismissed with prejudice and without costs. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: June 17, 2010

Michael W. Dobbins, Clerk of Court

/s/ Stephen C. Tokoph
Deputy Clerk